**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Veronica Bramlett, on behalf of herself
and all others similarly situated,

        Plaintiff,

    v.

RES 360 LLC, and Peach City
Properties LLC,

        Defendants.

CASE NO.: 1:25-cv-03312-MLB

**NOTICE OF SETTLEMENT**

Veronica Bramlett ("Plaintiff") hereby notifies the Court that she has reached an agreement in principle to resolve this action with RES 360 LLC and Peach City Properties LLC (collectively, "Defendants") through speaking with their principal, Julian Rizov. Plaintiff respectfully requests the Court provide the parties with 30 days to finalize the settlement and file a notice or stipulation of dismissal.

1

Date: July 21, 2026.

*/s/ Rachel Berlin Benjamin*
Bryan A. Giribaldo* (*pro hac vice*)
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Tele: (561) 726-8444
bgiribaldo@pkglegal.com

Rachel Berlin Benjamin
Georgia Bar No. 707419
rachel@beal.law
Beal Sutherland Berlin & Brown LLC
2200 Century Parkway NE
Suite 100
Atlanta GA 30345
Telephone: (404) 476-5305

*Counsel for Plaintiff*

2